IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 3:09cr22

WILLIAM ARMSTRONG,

    JUDGE WALTER H. RICE

    Defendant.

---

ENTRY ORDERING DEFENDANT'S IMMEDIATE RELEASE FROM
SHELBY COUNTY JAIL; DIRECTIONS TO DEFENDANT

---

It is the order of this Court that Defendant be released immediately from the Shelby County Jail. Once released, he is to travel, on an immediate basis, to the United States Probation Office, 200 W. Second Street, in downtown Dayton, Ohio. He is to report to United States Probation Officer, Charles Steed, who is to bring Mr. Armstrong into the Courtroom of Judge Walter H. Rice. Failure to report to the United States Probation Office by Mr. Armstrong will result in another Warrant being issued for his arrest.

February 16, 2018

    WALTER H. RICE
    UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
United States Marshals
Charles Steed, United States Probation Officer