IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 3:09cr22

WILLIAM ARMSTRONG,

    JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, BUT DECLING TO REVOKE SAME; DEFENDANT CONTINUED ON SUPERVISED RELEASE WITH TWO SPECIAL CONDITIONS EMPHASIZED; PROMISE TO DEFENDANT BY THE COURT; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On February 16, 2018, the Defendant appeared in open Court and admitted to three allegations set forth against him in a Petition directing him to show cause why his supervised release, a status that began January 17, 2012, should not be revoked. The Court accepted the admissions and, immediately thereafter, found him in violation of said supervised release.

Pursuant to the record made in open Court on the aforesaid February 16, 2018, although the Court found the Defendant in violation of supervised release, it declined to revoke same. Rather, the Court ordered the Defendant to be released not later than the close of business on February 16, 2018, and reinstated to supervised release, upon the same conditions as applied when originally placed upon that status on January 17, 2012, with the following two special conditions emphasized, to wit: that he is prohibited from possessing and/or viewing pornography of any kind and, further, that he submit to a polygraph examination, to be arranged by the United

States Probation Office, not later than the close of business on March 7, 2018.

For its part, the Court promised Defendant that it would seek a recommendation from the United States Probation Officer as to whether, in that Officer's opinion, Defendant should be released from the restrictions of his supervised release. The Court indicated to Defendant that, when seeking such an answer, the Probation Officer might well require not only a polygraph examination but a psychological evaluation as well.

Following the above, the Defendant was orally explained his right of appeal and he indicated an understanding of same.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

February 20, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
United States Marshals
Kelvin Gover/Charles Steed, United States Probation Officer