IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Case No.  3:09CR022 |
| ) | |
| ) | |
| WILLIAM ARMSTRONG | |

ORDER TERMINATING SUPERVISED RELEASE

On January 17, 2012, the above named commenced a life term of supervised release following his term of imprisonment.   Based on no objections from the U.S. Probation Department, no objections from the Government, and for good cause shown, it is hereby ordered William Armstrong is discharged from supervised release and the proceedings in this case be terminated.

**IT IS SO ORDERED.**

Dated this 25th day of March, 2021

_____
Walter H. Rice
United States District Judge